## AFFIDAVIT

I, Task Force Officer Michael Bouchard, Task Force Officer with the Bureau of Alcohol, Tobacco, and Firearms (ATF), United States Department of Justice, having been duly sworn, depose and state that:

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have served in that capacity since for almost a year. I am currently assigned to the Norfolk Field Office and charged with investigating violations of federal firearms, explosives, and arson laws. I have also been employed by the Portsmouth Police Department for almost 11 years and am currently assigned to the Forensics and Intelligence Units. During my time with the Portsmouth Police Department, I have received training and experience with various narcotic and firearm investigations. These investigations required me to seek search and arrest warrants throughout state magistrates and courts.

2. As a federal Task Force Officer, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. As a Portsmouth Police Department Detective, I am authorized to investigate violations of state law and execute warrants issued under the authority of the Commonwealth of Virginia.

3. The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers/agents. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

### II. PROBABLE CAUSE

4. Through my own investigation and through members of the investigative team, I have learned the following facts:

5.   On February 16, 2024, in the City of Norfolk, Norfolk Police Department (NPD) and Portsmouth Police Department (PPD) detectives were conducting surveillance for Joshaua Sheimel Anderson (ANDERSON) because he had multiple active outstanding warrants for his arrest. ANDERSON was observed in the 900 block of Walker Avenue in the City of Norfolk carrying a backpack as he got into the back seat of a red GMC Terrain vehicle. The vehicle was being operated by a driver for Uber.

6.   Detectives followed the vehicle and initiated a traffic stop near the intersection of South Street and Effingham Street in the City of Portsmouth. ANDERSON exited the back seat of the vehicle and was placed under arrest for the outstanding warrants. The black backpack that he was observed carrying as he entered the vehicle, that has unique multi-colored lettering on the front, was also collected from the back seat.

7.   Detectives conducted a search of the backpack and located a Glock 19 9mm pistol S/N BADA191, with a suspected machine gun conversion device attached, along with a 31 round extended magazine. They also recovered numerous bags of suspected marijuana, weighing over a pound and a half in total, along with multiple jars of suspected THC wax from inside of the backpack. During a search incident to arrest, the detectives recovered over $2,200 in U.S. Currency from ANDERSON's person.





8. The Glock 19 S/N BADA 191 was then taken to the Chesapeake Police Department's range and test fired. The firearm functioned and expelled two casings with the single pull of the trigger.

9. The Glock 19 S/N BADA191 was then sent to the ATF laboratory for further examination. It was later determined to be a "firearm" and the attached machinegun conversion device was determined to be a "machine gun" as defined by federal law.

10. Prior to February 16, 2024, ANDERSON had been previously convicted four times of crimes punishable by imprisonment for a term exceeding one year and his right to possess a firearm has not been restored.

11. Detectives conducted an open-source search of social media and subsequently obtained a search warrant for known social media accounts linked to ANDERSON. In reviewing the account materials, detectives observed ANDERSON with what appeared to be firearms, including one with an apparent machinegun conversion device (circled in red below), marijuana, and the same backpack that was recovered from the vehicle after his arrest. These online posts were displayed on the account(s) prior to February 16, 2024 (the date ANDERSON was taken into custody).





### III. CONCLUSION

12.   Based on the facts contained herein, combined with the training and experience of the investigative team, I conclude that there is probable cause to believe that Joshaua Sheimel Anderson did knowingly and intentionally commit the following offenses: Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1), and Possession of a Machine Gun, in violation of Title 18, United States Code, Section 922(o). I further request that the Court authorize and issue an arrest warrant for Joshaua Sheimel Anderson for these offenses.

Further your affiant sayeth naught.

_____
Michael Bouchard, Task Force Officer
Bureau of Alcohol, Tobacco, and Firearms (ATF)

Sworn and subscribed to before me this _____ day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE
Douglas E. Miller
United States Magistrate Judge

Read and Reviewed:

_____
Marc W. West
Special Assistant United States Attorney

6